

# Fourth Court of Appeals
## San Antonio, Texas

August 3, 2017

No. 04-17-00187-CR

Troy Allen **TIMMINS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR-16-0000153
Honorable M. Rex Emerson, Judge Presiding

## O R D E R

After this court granted appellant an extension of time, his brief was due July 31, 2017. Appellant has now filed a second motion for extension of time, asking for an additional thirty days in which to file his brief. After review, we **GRANT** the motion and **ORDER** appellant to file his brief in this court on or before August 30, 2017.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of August, 2017.

_Luz Estrada_
Luz Estrada
Chief Deputy Clerk